# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Grace Albanese,

    Plaintiff

v.

Federal Bureau of Investigations,

    Defendant

Case No.: 2:17-cv-01641-JAD-GWF

**Order Adopting Report and Recommendation and Dismissing Case**

[ECF Nos. 1, 3]

On January 16, 2018, Magistrate Judge George Foley recommended denial of pro se plaintiff and vexatious litigant Grace Albanese's[1] application to proceed *in forma pauperis* and dismissal of her complaint.[2] Objections to the recommendation were due on January 30, 2018, but that deadline has come and gone without any objection by Albanese.[3] "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[4] Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED that Magistrate Judge Foley's report and recommendation **[ECF No. 3] is ACCEPTED and ADOPTED**. Albanese's pauper application **[ECF No. 1] is DENIED** and **this case is DISMISSED.** The **Clerk of Court** is directed to **CLOSE THIS CASE.**

Dated: March 29, 2018.

                                                            _____
                                                            U.S. District Judge Jennifer A. Dorsey

---

[1] Upon recommendation by Magistrate Judge Ferenbach, I declared Grace Albanese a vexatious litigant in one of the 45 frivolous cases that Albanese has filed in this district since March 2016. *See Albanese v. Fed. Bureau of Investigation*, 2:17-cv-01599-JAD-VCF, ECF No. 7.

[2] ECF No. 3.

[3] *See generally* docket report case no. 2:17-cv-01641-JAD-GWF.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).